

## RECONSIDERATION OF PRIOR DECISIONS

**2006–2325. State v. Finney.**
Fulton App. No. F–06–009, 2006-Ohio-5770. Reported at 113 Ohio St.3d 1442, 2007-Ohio-1266, 863 N.E.2d 658. On motion for reconsideration. Motion denied.
MOYER, C.J., dissents.

**2006–2391. State v. Schweitzer.**
Auglaize App. No. 2–06–25, 2006-Ohio-6087. Reported at 113 Ohio St.3d 1466, 2007-Ohio-1722, 864 N.E.2d 653. On motion for reconsideration. Motion denied.
CUPP, J., not participating.

**2007–0026. Proctor v. Costal Bros.**
Trumbull App. No. 2005–T–0111, 2006-Ohio-6343. Reported at 113 Ohio St.3d 1467, 2007-Ohio-1722, 864 N.E.2d 653. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**2007–0105. State ex rel. Summers v. Wright.**
In Mandamus. Reported at 113 Ohio St.3d 1438, 2007-Ohio-1266, 863 N.E.2d 655. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 7, 2007*

[Cite as *06/07/2007 Case Announcements*, 2007-Ohio-2753.]

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–0347. Polaris Amphitheater Concerts, Inc. v. Delaware Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–V–1294.